COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 02-07-164-CV 

RELIANT AMERICAN GROUP, INC., ET AL.      APPELLANTS

V.

LINCOLN GENERAL INSURANCE COMPANY                   APPELLEE 

------------

FROM THE 352ND DISTRICT COURT OF TARRANT COUNTY

------------

AND

NO. 02-07-252-CV

IN RE RELIANT AMERICAN 

GROUP, INC., JOSEPH D. 

MACCHIA, NORMAN ALBERIGO, 

HERBERT D. AGEE, BRIGITTE 

DOYLE AND MARK E. PETTICREW 

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

------------

We have considered appellants/relators’ “Motion To Dismiss Interlocutory Appeal And Petition For Writ Of Mandamus.”  It is the court’s opinion that the 

motion should be granted; therefore, we dismiss this consolidated interlocutory appeal and original proceeding.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f), 52.8(d).

Costs of the appeal shall be paid by appellants/relators’, for which let execution issue.  
See 
Tex. R. App. P.
 
43.4.

PER CURIAM

PANEL D:  HOLMAN, GARDNER, and MCCOY, JJ.  

DELIVERED:  November 8, 2007

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.